COMMONWEALTH of Pennsylvania, Respondent

v.

Christopher THOMAS, Petitioner

No. 210 WAL 2017

Supreme Court of Pennsylvania.

October 2, 2017

## ORDER

PER CURIAM

**AND NOW,** this 2nd day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Michael J. HICKS, Petitioner

No. 286 MAL 2017

Supreme Court of Pennsylvania.

October 2, 2017

## ORDER

PER CURIAM

**AND NOW,** this 2nd day of October, 2017, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Whether the Superior Court's bright line rule holding that possession of a concealed firearm in public is sufficient to create reasonable suspicion is a matter of such substantial public importance as to require prompt and definitive resolution by the Pennsylvania Supreme Court?